1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11   RONALD L. CODE, and MARIA CODE,    )        3:08-cv-00473-HDM-RAM
                                        )
12                                      )
                      Plaintiffs,       )        ORDER
13                                      )
     vs.                                )
14                                      )
                                        )
15   TEACHERS INSURANCE AND ANNUITY     )
     ASSOCIATION, et al.,               )
16                                      )
                                        )
17                    Defendants.       )
     _____)
18

19        On June 22, 2010, the defendants filed a "joint request for a

20   pre-trial conference" in the same document as their objections to

21   the plaintiffs' discovery objections (#106).  On July 9, 2010, the

22   plaintiffs filed a response, joining in the defendants' request

23   (#110).  To the extent the parties are seeking a Fed. R. Civ. P. 16

24   pretrial conference before this court, the request is denied as

25   premature.  The parties may renew their request after the close of

26   discovery.  To the extent the parties have discovery disputes, they

                                    1

may bring them before the magistrate judge pursuant to his authority under 28 U.S.C. § 636(b)(1)(A).

DATED: This 12th day of July, 2010.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE